NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**LINQUET TECHNOLOGIES, INC.,**

*Plaintiff-Appellant*

**v.**

**TILE, INC.,**

*Defendant-Appellee*

---

2022-2150

---

Appeal from the United States District Court for the Northern District of California in No. 3:20-cv-05153-JD, Judge James Donato.

---

**ON MOTION**

---

**O R D E R**

Linquet Technologies, Inc. moves to voluntarily dismiss this appeal with prejudice pursuant to Rule 42(b) of the Federal Rules of Appellate Procedure.

The court generally does not specify whether a dismissal of an appeal is with prejudice.

Upon consideration thereof,

2                      LINQUET TECHNOLOGIES, INC. v. TILE, INC.

IT IS ORDERED THAT:

(1)  The motion is granted to the extent that the appeal is dismissed.

(2)  Each side shall bear its own costs.

FOR THE COURT

November 1, 2022                  /s/ Peter R. Marksteiner
        Date                      Peter R. Marksteiner
                                  Clerk of Court


ISSUED AS A MANDATE:  November 1, 2022